IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SANDRA RODRIGUES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-00822-ALM |
| | § | |
| KFS LEWISVILLE PROPERTIES, LLC, | § | |
| d/b/a SUBURBAN EXTENDED STAY | § | |
| HOTEL and COLUMBIA HOSPITALITY | § | |
| MANAGEMENT, LLC | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

The parties have notified the Court that Plaintiff has accepted an *Offer of Judgment* made by Defendants KFS Lewisville Properties, LLC, d/b/a Suburban Extended Stay Hotel and Columbia Hospitality Management, LLC, pursuant to FED. R. CIV. P. 68. Having examined the offer, acceptance, and other papers on file in this case, pursuant to (1) FED. R. CIV. P. 54(b); (2) the agreement of the parties pursuant to FED R. CIV. P. 68; and (3) 28 U.S.C. § 2201(a), the Court hereby determines that there is no just reason for delay in entering the final judgment and enters the judgment in accordance with accepted offer.

**IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED** Sandra Rodrigues ("Rodrigues") shall have judgment against KFS Lewisville Properties, LLC, d/b/a Suburban Extended Stay Hotel and Columbia Hospitality Management, LLC in this action for a sum of Twenty-Seven Thousand Eight Hundred Dollars and Eighty cents ($27,800.80).

**IT IS, FURTHER ORDERED ADJUDGED AND DECREED:**

This *Agreed Final Judgment* is entered solely for the purposes stated in Rule 68, to avoid the expense, inconvenience, and uncertainties of continued litigation and is the compromise of doubtful and disputed claims, the liability for which, the amount of damages for which, if any are uncertain and speculative.

All other relief not expressly granted herein is **DENIED**.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 19th day of November, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE